and Mothers and Opposed to it present or keep it under your children's options and abuse and historic David's case." Finally, the Statue of Liberty fell to the judges to cast a heart skull into the air at the punishment stage. Thank you and God Bless.
judges: Schroeder, Nguyen, Adelman